lc

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NAKIA HUBBARD, )
     )   Case No. CV 13-1955-RGK (JEM)
          Petitioner, )
     )
     v. )   ORDER ACCEPTING FINDINGS AND
     )   RECOMMENDATIONS OF UNITED
     )   STATES MAGISTRATE JUDGE
A. MILLER, Warden, )
     )
          Respondent. )
_____ )

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court accepts the findings and recommendations of the Magistrate Judge.

   **IT IS HEREBY ORDERED** that Respondent's Motion to Dismiss be DENIED. Respondent shall file an Answer to the Petition within thirty (30) days of this Order.  Petitioner may file a single Reply responding to matters raised in the Answer within thirty (30) days of the date the Answer is filed and served.  The case shall be deemed submitted upon the expiration of the Reply filing deadline.

DATED:  July 5, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE