UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA HUBBARD,<br><br>  Petitioner,<br><br>  v.<br><br>A. MILLER, Warden,<br><br>  Respondent. | Case No. CV 13-1955-RGK (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

On January 6, 2014, the United States Magistrate Judge issued a Report and Recommendation, recommending that Petitioner's Petition for Writ of Habeas Corpus ("Petition") be denied and the action dismissed with prejudice. Thereafter, on February 28, 2014, Petitioner filed Objections to the Report and Recommendation ("Objections").

To the extent Petitioner's Objections raise new claims that were not included in the Petition, (see Objections at 8-12 (apparently alleging that insufficient evidence supported the gang allegation)), the Court declines to consider these belatedly-asserted allegations. A district court has discretion, but is not required, to consider evidence or claims presented for the first time in objections to a report and recommendation. See Brown v. Roe, 279 F.3d 742, 744-45 (9th Cir. 2002), cert. denied, 546 U.S. 1019 (2005); United States v. Howell, 231 F.3d 615, 621-22 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001). Although Petitioner is pro se, he

nevertheless had the opportunity to include these allegations at an earlier time, but failed to do so. Moreover, Petitioner's claim that insufficient evidence supported the gang allegation is not a novel claim in an unsettled area of law. See Sossa v. Diaz, 729 F.3d 1225, 1231 (9th Cir. 2013). In any event, Petitioner's new allegations in the Objections appear to be unexhausted. (See Petition at 3 (indicating Petitioner did not raise claim of insufficiency of evidence supporting gang allegation in the California Supreme Court).)  As such, Petitioner's new allegations in the Objections cannot serve as a basis for habeas relief. See 28 U.S.C. § 2254(b)(1)(A) (a federal court will not grant habeas relief to a petitioner held in state custody unless he has exhausted the available state judicial remedies).

To the extent Petitioner's Objections challenge the Magistrate Judge's findings and recommendations set forth in the Report and Recommendation, Petitioner's contentions are without merit and warrant no comment.

Based on the foregoing and pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Having made a de novo determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.  Accordingly, IT IS HEREBY ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: March 21, 2014

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2