# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA HUBBARD,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>A. MILLER, Warden,<br><br>　　　　　　　Respondent. | Case No. CV 13-1955-RGK (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: March 21, 2014

　　　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE